Daniel Feinberg – CA State Bar No. 135983
Margaret Hasselman – CA State Bar No. 228529
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINE KLINGBEIL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FACET BIOTECH CORPORATION,<br><br>　　　　　Defendant. | Case No. C 10-01716 JF<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING EXHAUSTION OF ADMINISTRATIVE REMEDIES** |

　　　WHEREAS, Plaintiff Corine Klingbeil originally filed this action *pro per* in the Superior Court of California, alleging state-law causes of action;

　　　WHEREAS, this action was removed to this Court on April 22, 2010, at which time Plaintiff was still acting *pro per*;

　　　WHEREAS, this action was reassigned from Magistrate Judge Howard R. Lloyd to U.S. District Judge Jeremy Fogel on May 3, 2010;

　　　WHEREAS, Plaintiff now has counsel who have entered appearances in this action;

　　　WHEREAS, the parties agree that judicial resources and party resources are best preserved by staying this action pending Plaintiff's exhaustion of her administrative remedies;

//

//

//

1  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

2      1.    All current court dates and deadlines in this action shall be suspended;

3      2.    This action shall be stayed until Plaintiff has exhausted her administrative remedies.

Dated: June 11, 2010

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: /s/ Margaret Hasselman
Margaret Hasselman
Attorneys for Plaintiff

Dated: June 11, 2010

LITTLER MENDELSON, P.C.

By: /s/ Nancy L. Ober
Nancy L. Ober
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/21, 2010

_____
Hon. Jeremy Fogel, U.S. District Judge

STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING EXHAUSTION OF
ADMINISTRATIVE REMEDIES - CASE NO. C 10-01716 JF     PAGE 2