UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINE KLINGBEIL, | Case No.: 10-CV-01716-LHK |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING CASE |
| v. | |
| FACET BIOTECH CORPORATION, | |
| Defendant. | |

Pursuant to the Court's order of June 22, 2010, this case is currently stayed pending Plaintiff's exhaustion of administrative remedies, and all dates and deadlines are suspended. In light of the stay, the Court finds it appropriate to administratively close the case. The clerk is directed to ADMINISTRATIVELY CLOSE the file. Any party may move to reopen the action following exhaustion of administrative remedies, or if other good cause appears to reopen the case and lift the stay.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge